# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07CR574 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| CHEVALIEE ROBINSON, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For all of the reasons set forth in the Opinion and Order filed contemporaneously with this Judgment Entry, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Government's Motion to Dismiss (Doc. No. 331) the pro se application of Petitioner Robert L. Meaux is **GRANTED**. Petitioner's application is **DISMISSED**.

**IT IS SO ORDERED**.

Dated: July 27, 2009

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**